THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD
 NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY
 RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Supreme Court

 
 
 
 
 Demetrius Baker, Petitioner,
 
 
 
 
 

v.

 
 
 
 
 State of South Carolina, Respondent.
 
 
 
 
 

          ON WRIT OF CERTIORARI

Appeal From Richland County
 Thomas W. Cooper, Trial Judge
L. Casey Manning, Post-Conviction Relief Judge

Memorandum Opinion No. 2011-MO-014
Submitted May 3, 2011  Filed May 9, 2011     

AFFIRMED

 
 
 
 Appellate Defender Katherine H. Hudgins, South Carolina Commission
 on Indigent Defense, Division of Appellate Defense, of Columbia, for
 Petitioner.
 Attorney General Alan Wilson, Chief Deputy Attorney General John
 W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, and Assistant
 Attorney General Brian Petrano, all of Columbia, for Respondent.
 
 
 

PER CURIAM:  Petitioner seeks a writ of certiorari
 from the denial of his application for post-conviction relief (PCR).
We deny the
 petition on Petitioners Question 2.  Because there is sufficient evidence to
 support the PCR judges finding that petitioner did not knowingly and
 intelligently waive his right to a direct appeal, we grant the petition for a
 writ of certiorari on Petitioners Question 1, dispense with further briefing, and
 proceed with a review of the direct appeal issue pursuant to Davis v. State,
 288 S.C. 290, 342 S.E.2d 60 (1986).

Petitioners conviction
 and sentence are affirmed pursuant to Rule 220(b)(1), SCACR, and the following
 authorities: State v. Frazier, 386 S.C. 526, 689 S.E.2d 610 (2010); State v. Arnold, 361 S.C. 386, 605 S.E.2d 529 (2004). 

AFFIRMED.
TOAL, C.J., PLEICONES,
 BEATTY, KITTREDGE and HEARN, JJ., concur.